# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DENISE DRUHOT, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. 1:16-cv-02053 |
| v. | ) |
| | ) Judge John W. Darrah |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | ) Magistrate Judge Sheila M. Finnegan |
| | ) |
| Defendant. | ) |

## **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, DENISE DRUHOT, by her attorneys, hereby moves for the entry of judgment in her favor and against the Defendant pursuant to Federal Rule of Civil Procedure 52 on the ground that the preponderance of the evidence presented in this case involving disability insurance benefits favors the entry of judgment in Plaintiff's favor. In support thereof, Plaintiff concurrently submits a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiff prays that the Court enter judgment in her favor and against the Defendant and award her all benefits due to date, a declaratory judgment finding that Plaintiff is entitled to ongoing benefit payments, as well as her costs and attorneys' fees pursuant to 29 U.S.C. § 1132(g).

Date: October 18, 2016

Respectfully Submitted,

/s/ Mark D. DeBofsky

───────────────────────
Mark D. DeBofsky
Attorney for Plaintiff
Denise Druhot

Mark D. DeBofsky
Marie E. Casciari
DeBofsky Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com
Email: mcasciari@debofsky.com

## CERTIFICATE OF SERVICE

Mark D. DeBofsky, the undersigned attorney, certifies that he served a copy of the foregoing upon all counsel of record by CM/ECF on October 18, 2016.

/s/Mark D. DeBofsky
_____
Mark D. DeBofsky

Mark D. DeBofsky
DeBofsky, Sherman & Casciari, P.C.
200 West Madison Street, Suite 2670
Chicago, IL 60606
(312) 561-4040 (phone)
(312) 929-0309 (fax)
mdebofsky@debofsky.com